IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.  5:11-CV-441-FL

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )
                                )
        v.                      )
                                )   **DEFAULT**
FUNDS LOCATED IN SUNTRUST       )
BANK MONEY MARKET ACCOUNT       )
NUMBER 1000099963331 IN THE     )
NAME OF HORTENCIA AGUIRRE-      )
VERDUZCO,                       )
                                )
                Defendant.      )


        Upon motion and proper showing by the attorney for the

plaintiff, the United States of America, default is hereby

entered against the defendant for having failed to appear, plead,

or otherwise defend as provided by Rule 55 of the Federal Rules

of Civil Procedure.

        This the _18th_ day of _Janry_ , 2012.

                                DENNIS P. IAVARONE
                                Clerk

                        BY:     _____
                                Clerk
                                United States District Court