IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CV-441-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>       Plaintiff,   )<br>)<br>     v.             )<br>)<br>FUNDS LOCATED IN SUNTRUST  )<br>BANK MONEY MARKET ACCOUNT   )<br>NUMBER 1000099963331 IN THE )<br>NAME OF HORTENCIA AGUIRRE-  )<br>VERDUZCO,                 )<br>)<br>       Defendant.   ) | **DEFAULT JUDGMENT** |

This matter is before the Court on Plaintiff's Motion for Default Judgment. It appearing that a copy of the Complaint herein was served upon the potential claimant of the defendant and that publication has been duly made, in accordance with Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

    1. Process was duly issued in this cause and the defendant was duly seized by the United States Department of Homeland Security, Customs and Border Protection pursuant to said process;

    2. No entitled persons have filed any claim to the defendant nor answer regarding them within the time fixed by law; and

    3. The well-plead allegations of the Complaint in respect to the defendant are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the defendant;

2. All persons claiming any right, title, or interest in or to the said defendant is held in default;

3. The defendant is forfeited to the United States of America; and

4. The United States Department of Homeland Security, Customs and Border Protection is hereby directed to dispose of the defendant according to law.

SO ORDERED this 25 day of January, 2012.

                                    /s/Louise W. Flanagan
                                    LOUISE W. FLANAGAN
                                    UNITED STATES DISTRICT JUDGE